UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



IN RE: NEDRA YVETTE BANKS
Chapter Seven Debtor

LYNN L. TAVENNER,
    Plaintiff and Trustee for the
    Bankruptcy Estate of Nedra Yvette
    Banks

v.

IVAN MORTON, et al.
    Defendants

SHAHEEN & SHAHEEN, P.C.,
    Cross-Claimant

v.

IVAN MORTON,
    Cross-Defendant

Civil Action No. 3:10-CV-218

Bankruptcy Case No. 04-38360-DOT

Bankruptcy Adv. Pro. No. 07-03157-DOT

## ORDER

THIS MATTER is before the Court on the Report and Recommendation of Bankruptcy Judge Douglas O. Tice, which the Court ADOPTS. For reasons stated in the Report and Recommendation, it is ORDERED that:

1. Ivan Morton's Motion to Dismiss the Cross-Claim of Shaheen & Shaheen, P.C., for lack of subject matter jurisdiction is DENIED.

2. Morton's Motion to Dismiss the Cross-Claim of Shaheen & Shaheen, P.C., based upon the statute of limitations is DENIED.

3. Shaheen & Shaheen, P.C.'s Motion to Amend the Cross-Claim is GRANTED.

4. Judgment is ENTERED against Ivan Morton and in favor of Shaheen & Shaheen, P.C., in the amount of $60,600.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

ENTERED this 22nd day of June 2010